UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST of WESTERN WASHINGTON, et al,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHESTER W. WILLIAMS, JR. Et al.,<br><br>　　　　　　　Defendant. | C05-2060 RSM<br><br>**MINUTE ORDER**<br><br>**REASSIGNING CASE** |

　　　Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Ricardo S. Martinez, United States District Judge.

　　　All future documents filed in this case must bear the cause number C05-2060 RSM and bear the Judge's name in the upper right hand corner of the document.

　　　　　　　　　　　　　Dated this 25th day of January, 2006

　　　　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　by: /s/   PETER H. VOELKER
　　　　　　　　　　　　　　　　Peter H. Voelker, Deputy Clerk